UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERICA PELTIER,

                  Petitioner,

      v.

UNITED STATES ATTORNEY
GENERAL,

                 Respondents.

CASE NO. 2:26-cv-00328-DGE

ORDER ON PETITIONER'S
AMENDED PETITION (DKT. NO. 18)

On April 7, 2026 at 9:22 a.m., the Court entered an Order (Dkt. No. 18) dismissing the amended petition for writ of habeas (Dkt. No. 17) filed on March 31, 2026.  At 10:15 a.m., the Clerk's Office docketed a *second* amended petition that was apparently received on April 2, 2026.  (*See* Dkt. No. 19.)  At 11:12 a.m., the Clerk's office docketed a reply that apparently was received on April 6, 2026.  (*See* Dkt. No. 20.)  The Court was unaware of the second amended petition and the reply at the time the Order dismissing Petitioner's first amended petition was entered.

ORDER ON PETITIONER'S AMENDED PETITION (DKT. NO. 18) - 1

Petitioner was not granted leave to file a *second* amended petition, nor did Petitioner move for leave to amend.  In addition to being unauthorized, Petitioner's second amended petition continues to contain an argument section that is part of the plug-and-play template the Court referenced in its prior Order.  (*See* Dkt. No. 18 at 4.)  Additionally, Petitioner's second amended petition asks the Court to order release pursuant to 8 U.S.C. § 1182(d)(5) (Dkt. No. 19 at 2) but does not identify any authority that would permit this Court to order release pursuant to this statute.  Accordingly, the Court concludes the purported second amended petition fails to identify a sufficient basis for release.

This matter and case file are now closed.  No additional amended petitions may be filed in this case file.  However, as stated in its prior Order (Dkt. No. 18 at 5), Petitioner is not precluded from filing a new petition for writ of habeas corpus *under a new case number*.  The new filing should contain an application to proceed in forma pauperis or include a new filing fee.  The Court, however, cautions Petitioner that the new petition should name the proper respondents and should identify sufficient facts and the appropriate legal authority supporting the relief being requested.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 8th day of April, 2026.



David G. Estudillo
United States District Judge

ORDER ON PETITIONER'S AMENDED PETITION (DKT. NO. 18) - 2